| STATE OF INDIANA | ) | | IN THE ALLEN SUPERIOR COURT |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF ALLEN | ) | | CAUSE NO._____ |

| TERRANCE HURD, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| P.A.M. TRANSPORT, INC. | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff alleges against Defendant that:

1. The Plaintiff is Terrance Hurd, an African-American/black male who worked for Defendant P.A.M. Transport, Inc. from June 12, 2019 to December 17, 2019.

2. Defendant P.A.M. Transport, Inc. is a trucking company located at 4201 Piper Drive, Fort Wayne, Indiana 46809. The corporate headquarters if 297 West Henri de Tonti Blvd., Tontitown, AR 72770. The registered agent for P.A.M. Transport, Inc. is Vandermoere & Macke, 4008 West 79th Street, Indianapolis, IN 46268. Defendant "P.A.M. Transport" is an employer for the purposes of 42 U.S.C. § 1981 and is obligated to treat minorities and Caucasians the same with respect to the contractual benefits of at-will employment (required under 42 U.S.C. § 1981). Plaintiff claims that he was denied the same benefits and terms and conditions of employment as similarly situated Caucasians and that he was terminated on account of his race and color in violation of 42 U.S.C. § 1981.

3. Plaintiff also claims that Defendant has breached its agreement to pay Plaintiff the

—1—

agreed-upon compensation worked out between Plaintiff and Defendant. Plaintiff had an agreement with Defendant to make $28.50 an hour, but Defendant violated that agreement and only paid the Plaintiff $24.00 per hour. In other words, the contract between Plaintiff and Defendant required Plaintiff be paid $1,140.00 per week plus overtime, but Defendant only paid Plaintiff $960.00 a week and the overtime was only figured on the $960.00 a week (or $24.00 per hour) instead of the $1,140.00 per week, or $28.50 per hour (the correct overtime rate). Plaintiff claims under both the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") and the Indiana Wage Payment Statutes (I.C. § 22-2-5-1 *et seq.* and I.C. 22-2-9-1 *et seq.*) that Plaintiff is owed back pay (see IDOL approval letter dated 6.9.2020, attached hereto and made a part hereof and incorporated herein as Exhibit A), liquidated damages, reasonable attorney's fees and costs, and all other relief available under state and federal law.

4. Defendant violated the tort laws of the State of Indiana which prohibits an employer from terminating an employee out of retaliation for refusing to follow or obey illegal orders which are contrary law and which would expose the employee/Plaintiff to personal liability. In particular, Defendant required that Plaintiff drive an unsafe truck which was in violation of Department of Transportation regulations. As a result, Plaintiff incurred three (3) violations on his DAC report, a direct and proximate cause of the Defendant requiring him to violate DOT rules and regulations. As a result, Plaintiff lost his job and job-related benefits including income. Other DOT laws and regulations that Defendant violated included requiring Plaintiff to drive an excess of the maximum hours permitted by federal law. There were times when Defendant

required that Plaintiff work 18+ hours. Plaintiff is entitled to compensatory and punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for compensatory damages, punitive damages, lost income, liquidated damages under the FLSA and the Indiana Wage Payment/Indiana Wage Claims Acts, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

### JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:      cmyers@myers-law.com
*Counsel for Plaintiff*



STATE OF INDIANA

OFFICE OF THE ATTORNEY GENERAL
302 WEST WASHINGTON STREET, IGCS 5TH FLOOR
INDIANAPOLIS, INDIANA 46204

CURTIS T. HILL, JR.
ATTORNEY GENERAL

6/9/2020

Christopher Myers
Christopher C. Myers & Associates
809 S CALHOUN STE 400
FORT WAYNE, Indiana 46802

> Re: Terrance Hurd vs. P.A.M Transport Inc
> 20-20027
> Amount: $2,907.00 plus attorney fees and costs

Dear Christopher Myers,

I am writing in response to your request that the Office of the Attorney General provide you with authorization to pursue the claimant's wage claims in the above-referenced case. This Office has no objection to your pursuing such claims and, to the extent that it is authorized to refer the case to your office for action, hereby does so. No finding is made by the Office of the Attorney General as to any issues that might be construed as having been raised by this complaint.

You have represented that you are an attorney admitted to the practice of law in Indiana and in good standing. You have further represented that you have uncovered no conflicts of interest in the above-referenced matter. Thus, we are authorizing you pursuant to Indiana Code § 22-2-9-4 to represent the individual plaintiff in this action.

We ask only that you pursue the action diligently and report to us on the results. Feel free to contact me at (317) 232-6215 if you have any questions.

Sincerely,

Diana Moers
Government Litigation Section Chief

JUL 2 2 2020

cc: J. Anthony Hardman, General Counsel, IDOL
cc: Patricia Orloff Erdmann, Chief Counsel for Litigation, OAG

EXHIBIT A

An Equal Opportunity Employer
TT/Voice: 1 (800) 743-3333
www.in.gov/dol

TELEPHONE (317) 232-6201 · FAX (317) 232-7979